**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CAROL SANCHEZ**, individually and on behalf of all others similarly situated<br><br>812 N. Loren Ave.<br>Azusa, CA 91702<br>Los Angeles County, CA<br><br>        Plaintiff,<br><br>v.<br><br>**CHOICE HOTELS INTERNATIONAL, INC.**<br><br>915 Meeting St.<br>North Bethesda, MD 20852<br>Montgomery County, MD<br><br>        Defendant. | No. 8:26-cv-00781-TDC |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff, Carol Sanchez, voluntarily dismisses this action against Defendant, Choice Hotels International, Inc., without prejudice.

Dated: February 26, 2026.

By: */s/ Jeff Ostrow*
Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd. Suite 500
Fort Lauderdale, FL 33301
T: 954-525-4100
ostrow@kolawyers.com

*Counsel for Plaintiff and the Putative Class*

1

## **CERTIFICATE OF SERVICE**

I certify that on February 26, 2026, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system, and it was served thereby on all counsel of record.

_/s/ Jeff Ostrow_
Jeff Ostrow

2