**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CAROL SANCHEZ,

    Plaintiff,

    v.

CHOICE HOTELS INTERNATIONAL,
INC.,

    Defendant.

Civil Action No. 26-0781-TDC

**ORDER**

Plaintiff Carol Sanchez has filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 4. The Court having reviewed the Notice, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to close this case.

Date: February 26, 2026

THEODORE D. CHUANG
United States District Judge